IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PATRICIA SUN,

    Plaintiff,

v.

WELLS FARGO BANK, NATIONAL ASSOCIATION; and DOES 1–100, inclusive,

    Defendants.

No. C 14-00063 WHA

**NOTICE REGARDING UPCOMING HEARING**

Your case is set for a motion hearing on **APRIL 3, 2014**.

Please remember our need to train our next generation of lawyers. So please consider the advisability of assigning the argument to a lawyer of less than four years experience out of law school in your office. If you send a letter soon stating that such a lawyer will conduct the argument (for at least one side), then the hearing will definitely go forward; otherwise, the Court may rule in advance based on the papers if it concludes an oral argument would be of limited value in resolving the motion, in which case the hearing would be vacated. If you intend to submit such a letter, please do so by **NOON ON MARCH 21**.

**IT IS SO ORDERED.**

Dated: March 18, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE